UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                    )
JOHN FREDERICK,                     )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )    CIVIL ACTION NO.
                                    )
SKILLSOFT CORPORATION,              )
                                    )
         Defendant.                 )
                                    )
```

RECEIPT # 53067
AMOUNT $ 150
SUMMONS ISSUED ✓
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK. M
DATE 1-12-04

MAGISTRATE JUDGE _____

### PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendant, SkillSoft Corporation ("SkillSoft" or "Defendant"), hereby petitions this Honorable Court for removal of this action from the Suffolk Superior Court of Massachusetts to the United States District Court of Massachusetts (the "District Court"), based upon the following grounds for removal:

1. SkillSoft is a Defendant in a civil action brought against it in the Suffolk Superior Court of Massachusetts entitled *JOHN FREDERICK v. SKILLSOFT CORPORATION*, Civil Action No. 03-05756 A. Pursuant to 28 U.S.C. § 1446(a), copies of the Complaint, Civil Action Cover Sheet and other submissions in the Superior Court action are attached hereto as Exhibit A, and constitute all processes, pleadings and others served upon or by SkillSoft in this action to the present date.

2. The aforesaid Complaint was filed with the Clerk of Courts for Suffolk Superior Court on or about November 24, 2003.

3. SkillSoft was served with the Complaint on December 23, 2003. This Petition for Removal is filed within thirty (30) days after service of process. *See* 28 U.S.C. § 1446(b).

BO1 15620313.1

4. The above action is one over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one that may be removed to this Court pursuant to 28 U.S.C. § 1441, in that the action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. The Plaintiff is a resident of State of Illinois. (*See* Complaint ¶1). SkillSoft Corporation is a Delaware corporation and has its principal place of business in Nashua, New Hampshire. The Complaint asserts a single cause of action for breach of contract and damages in the amount of $82,662.39, as specified on the Superior Court Civil Action Cover Sheet.

6. A copy of this Petition for Removal and a Notice of Removal have been served by Federal Express upon Plaintiff's counsel, and have been served by hand with the Clerk of the Suffolk Superior Court on January 12, 2004 for filing pursuant to 28 U.S.C. § 1446(d).

7. Pursuant to Local Rule 81.1(a), SkillSoft will file certified or attested copies of all records and proceedings in the state court action and certified or attested copies of all docket entries therein, including a copy of this Petition for Removal, with this Court within thirty (30) days after filing this Petition for Removal.

WHEREFORE, SkillSoft requests that the above action be removed to the United States District Court of Massachusetts.

Respectfully submitted,
SKILLSOFT CORPORATION
By its Attorney(s),

Kent D.B. Sinclair (BBO # 639597)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: January 12, 2004

## CERTIFICATION

I, Kent D.B. Sinclair, hereby certify that on January 12, 2004, I served a copy of the foregoing document by Federal Express on John L. Sullivan, Esquire, Seven MacDonald Terrace, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) 03-5756 A | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|
| PLAINTIFF(S) JOHN FREDERICK | | DEFENDANT(S) SKILLSOFT CORPORATION |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE John L. Sullivan, Esquire Seven MacDonald Terrace Post Office Box Eleven, Scituate, MA 02066 Board of Bar Overseers number #543030  Tel:781-545-1144 | | ATTORNEY (if known) |

Place an x in one box only:
[X] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Services, labor, mat. | ( F ) | ( X ) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ................................................ $ .......
 2. Total Doctor expenses ................................................. $ .......
 3. Total chiropractic expenses ........................................... $ .......
 4. Total physical therapy expenses ....................................... $ .......
 5. Total other expenses (describe) ....................................... $ .......
                                                                Subtotal $ .......
B. Documented lost wages and compensation to date ......................... $ .......
C. Documented property damages to date .................................... $ .......
D. Reasonably anticipated future medical and hospital expenses ............ $ .......
E. Reasonably anticipated lost wages ...................................... $ .......
F. Other documented items of damages (describe)
                                                                         $ .......
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)


                                                                         $ .......
                                                                   TOTAL $ .......

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Commission monies owed by Defendant to Plaintiff


                                                              TOTAL $82,662.39

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 03-5788

JOHN FREDERICK,
    Plaintiff

V.

SKILLSOFT CORPORATION,
    Defendant

COMPLAINT AND DEMAND
FOR JURY TRIAL

1. John Frederick, Plaintiff in the above-entitled action (hereinafter "Plaintiff") resides at 988 Comar Drive, Lake Zurich, Illinois.

2. SkillSoft, Defendant in the above-entitled matter (hereinafter "Defendant") is a New Hampshire corporation with a business address of 107 Northeastern Boulevard, Nashua, New Hampshire 03062.

3. The Plaintiff sold product to and through an entity known as Provant. Provant at all times pertinent to the matters in this action, had its principal place of business located at Suite 500, 67 Batterymarch Street, Boston, Suffolk County, Massachusetts.

4. At pertinent and relevant times the Plaintiff was employed by the Defendant.

5. On or about January 2000 the Defendant contracted with the Plaintiff as a chanel account manager generating revenue for its company.

6. The Defendant compensated the Plaintiff in the form of base pay plus commission based upon quotas, contractual upgrades, and various incentives.

7. The Plaintiff continued his employment with the Defendant through April, 2002 selling products throughout the Commonwealth of Massachusetts.

8. However at the end of the Plaintiff's employment there remained a substantial unpaid sum of commission monies which the Defendant owed to the Plaintiff.

9. To date those commission monies and severance package which the Plaintiff earned totaling $82,662.39 remain unpaid.

10. The Defendant accordingly has breached its contract with the Plaintiff by steadfastly refusing to provide to the Plaintiff those aforementioned monies which are owed to him, without cause.

WHEREFORE, the Plaintiff prays this Honorable Court:

1. Order judgment in his favor against the Defendant in the amount of $82,662.39;
2. Order the Defendant to pay all of the Plaintiff's costs and attorney's fees.
3. Grant such other relief as it deems fair and equitable.

PLAINTIFF DEMAND A TRIAL BY JURY.

Dated: November 24, 2003

Respectfully submitted,
John Frederick,
By his attorney,

John L. Sullivan, Esquire
Seven MacDonald Terrace
Post Office Box Eleven
Scituate, Massachusetts 02066
BBO #543030
Tel: 781-545-1144