UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FREDERICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SKILLSOFT CORPORATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-10066 WGY |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the local rules of Civil Procedure, the Defendant, SkillSoft Corporation ("SkillSoft") respectfully requests an Order enlarging the time for SkillSoft to file an Answer or other responsive pleading through and including February 19, 2004. SkillSoft explicitly reserves the right to respond to Plaintiff's Complaint by filing a Motion to Dismiss for failure to state a claim, lack of personal jurisdiction and/or improper venue. Counsel for the Plaintiff assents to the granting of this Motion for a thirty (30) day extension.

Respectfully submitted,

SKILLSOFT CORPORATION,

By its attorneys,

_____
Kent D.B. Sinclair (BBO No. 639597)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

-2-

## CERTIFICATE OF SERVICE

    I, Kent D.B. Sinclair, hereby certify that on January 16, 2004, I served a copy of the foregoing document by first class mail to John L. Sullivan, Esquire, Seven MacDonald Terrace, Post Office Box 11, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair

BO1 15621651.1