UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN FREDERICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04cv10066 (WGY) |
| ) | |
| SKILLSOFT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## LOCAL RULE 81.1 NOTICE OF FILING

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446 and Rule 81.1 of the Local Rules of Civil Procedure, the Defendant, SkillSoft Corporation, have submitted to this Court certified copies of all records and proceedings in the state court action, including a copy of all docket entries.

Respectfully submitted,
SKILLSOFT CORPORATION
By its Attorney(s),

_____
Kent D.B. Sinclair (BBO # 639597)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: January 23, 2004

## CERTIFICATION

I, Kent D.B. Sinclair, hereby certify that on January 23, 2004, I served a copy of the foregoing document by Federal Express on John L. Sullivan, Esquire, Seven MacDonald Terrace, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair

BO1 15622582.1