Commonwealth of Massachusetts
SUFFOLK SUPERIOR COURT
Case Summary
Civil Docket

## SUCV2003-05756
### Frederick v Skillsoft Corporation

04cv 10066-WGY

| | | | |
|---|---|---|---|
| File Date | 12/08/2003 | Status | Disposed: transferred to other court (dtrans) |
| Status Date | 01/13/2004 | Session | A - Civil A |
| Origin | 1 | Case Type | A01 - Services, labor, materials |
| Lead Case | | Track | F |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/07/2004 | Answer | 05/06/2004 | Rule12/19/20 | 05/06/2004 |
| Rule 15 | 05/06/2004 | Discovery | 10/03/2004 | Rule 56 | 11/02/2004 |
| Final PTC | 12/02/2004 | Disposition | 01/31/2005 | Jury Trial | Yes |

**Plaintiff**
John Frederick
Active 12/08/2003

Private Counsel 543030
John Lawrence Sullivan
Seven MacDonald Terrace
Post Office Box 11
Scituate, MA 02066
Phone: 781-545-1144
Active 12/08/2003 Notify

**Defendant**
Skillsoft Corporation
Served: 12/23/2003
Served (answr pending) 01/08/2004

Private Counsel 639597
Kent D Sinclair
Seyfarth Shaw
World Trade Center East
Two Seaport Lane Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801
Active 01/13/2004 Notify

| Date | Paper | Text |
|---|---|---|
| 12/08/2003 | 1.0 | Complaint of filed with request for trial by jury |
| 12/08/2003 | | Origin 1, Type A01, Track F. |
| 12/08/2003 | 2.0 | Civil action cover sheet filed |
| 01/08/2004 | 3.0 | SERVICE RETURNED: Skillsoft Corporation(Defendant) (In hand to Elisa Lemaster) |
| 01/12/2004 | | Certified copy of petition for removal to U. S. Dist. Court of Deft. Skillsoft Corporation U. S. Dist.#(04-CV10066WGY). |
| 01/13/2004 | | Case REMOVED this date to US District Court of Massachusetts |

. HEREBY ATTEST AND CERTIFY ON
JAN. 13, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.

case01 233544 y y y y y

| CIVIL ACTION COVER SHEET | DOCKET NO. 03-5756 A | Trial Court of Massachusetts Superior Court Department County: Suffolk |
|---|---|---|

| PLAINTIFF(S) JOHN FREDERICK | DEFENDANT(S) SKILLSOFT CORPORATION |
|---|---|
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE<br>John L. Sullivan, Esquire<br>Seven MacDonald Terrace<br>Post Office Box Eleven, Scituate, MA 02066<br>Board of Bar Overseers number #543030  Tel:781-545-1144 | ATTORNEY (if known) |

**Origin code and track designation**

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

**TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| A01 | Services, labor, mat. | ( F ) | ( X ) Yes    ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................ $..........
2. Total Doctor expenses ............................................................. $..........
3. Total chiropractic expenses ....................................................... $..........
4. Total physical therapy expenses .................................................. $..........
5. Total other expenses (describe) ................................................... $..........

Subtotal $..........

B. Documented lost wages and compensation to date ................................ $..........
C. Documented property damages to date .......................................... $..........
D. Reasonably anticipated future medical and hospital expenses .................... $..........
E. Reasonably anticipated lost wages ................................................ $..........
F. Other documented items of damages (describe)

$..........

G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

$..........
TOTAL $..........

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):

Commission monies owed by Defendant to Plaintiff

TOTAL $82,662.39....

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _/s/ John L. Sull____    DATE: 11/24/03

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

I HEREBY ATTEST AND CERTIFY ON
JAN. 13, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _/s/_
ASSISTANT CLERK

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 03-5750

JOHN FREDERICK,
    Plaintiff

v.

SKILLSOFT CORPORATION,
    Defendant

COMPLAINT AND DEMAND
FOR JURY TRIAL

1. John Frederick, Plaintiff in the above-entitled action (hereinafter "Plaintiff") resides at 988 Comar Drive, Lake Zurich, Illinois.

2. SkillSoft, Defendant in the above-entitled matter (hereinafter "Defendant") is a New Hampshire corporation with a business address of 107 Northeastern Boulevard, Nashua, New Hampshire 03062.

3. The Plaintiff sold product to and through an entity known as Provant. Provant at all times pertinent to the matters in this action, had its principal place of business located at Suite 500, 67 Batterymarch Street, Boston, Suffolk County, Massachusetts.

4. At pertinent and relevant times the Plaintiff was employed by the Defendant.

5. On or about January 2000 the Defendant contracted with the Plaintiff as a chanel account manager generating revenue for its company.

6. The Defendant compensated the Plaintiff in the form of base pay plus commission based upon quotas, contractual upgrades, and various incentives.

7. The Plaintiff continued his employment with the Defendant through April, 2002 selling products throughout the Commonwealth of Massachusetts.

8. However at the end of the Plaintiff's employment there remained a substantial unpaid sum of commission monies which the Defendant owed to the Plaintiff.

9. To date those commission monies and severance package which the Plaintiff earned totaling $82,662.39 remain unpaid.

10. The Defendant accordingly has breached its contract with the Plaintiff by steadfastly refusing to provide to the Plaintiff those aforementioned monies which are owed to him, without cause.

WHEREFORE, the Plaintiff prays this Honorable Court:

1. Order judgment in his favor against the Defendant in the amount of $82,662.39;
2. Order the Defendant to pay all of the Plaintiff's costs and attorney's fees.
3. Grant such other relief as it deems fair and equitable.

PLAINTIFF DEMAND A TRIAL BY JURY.

Dated: November 24, 2003

Respectfully submitted,
John Frederick,
By his attorney,

John L. Sullivan, Esquire
Seven MacDonald Terrace
Post Office Box Eleven
Scituate, Massachusetts 02066
BBO #543030
Tel: 781-545-1144

I HEREBY ATTEST AND CERTIFY ON
JAN. 13, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY _____
ASSISTANT CLERK

*Suffolk Superior Civil # 03-5756*

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

2004 JAN 12 P 3: 01

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 03-05756A

JOHN FREDERICK, )
 )
 Plaintiff, )
 )
v. )
 )
SKILLSOFT CORPORATION, )
 )
 Defendant. )

04cv10066WGY

### NOTICE OF REMOVAL

Please take notice that on January 12, 2004, Defendant SkillSoft Corporation, by its undersigned counsel, filed its Petition for Removal of this action to the United States District Court for the District of Massachusetts. A true copy of the Petition of Removal is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the Suffolk Superior Court may not proceed further with this matter.

I HEREBY ATTEST AND CERTIFY ON
JAN. 13, 2004 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY:
ASSISTANT CLERK.

Respectfully submitted,
SKILLSOFT CORPORATION
By its Attorney(s),

_____
Kent D.B. Sinclair (BBO # 639597)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: January 12, 2004

BO1 15620318.1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 03-05756A

JOHN FREDERICK,

    Plaintiff,

v.

SKILLSOFT CORPORATION,

    Defendant.

## NOTICE OF REMOVAL

Please take notice that on January 12, 2004, Defendant SkillSoft Corporation, by its undersigned counsel, filed its Petition for Removal of this action to the United States District Court for the District of Massachusetts. A true copy of the Petition of Removal is attached hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the Suffolk Superior Court may not proceed further with this matter.

Respectfully submitted,
SKILLSOFT CORPORATION
By its Attorney(s),

_____
Kent D.B. Sinclair (BBO # 639597)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED: January 12, 2004

BO1 15620318.1

## CERTIFICATION

I, Kent D.B. Sinclair, hereby certify that on January 12, 2004, I served a copy of the foregoing document by Federal Express on John L. Sullivan, Esquire, Seven MacDonald Terrace, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair

## CERTIFICATION

I, Kent D.B. Sinclair, hereby certify that on January 12, 2004, I served a copy of the foregoing document by Federal Express on John L. Sullivan, Esquire, Seven MacDonald Terrace, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair

## Commonwealth of Massachusetts

3

SUFFOLK, ss.



SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION

No. 03-5735 A

John Frederick _____, Plaintiff(s)

v.

Skillsoft Corporation _____, Defendant(s)

### SUMMONS

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

To the above-named Defendant:

You are hereby summoned and required to serve upon John L. Sullivan, Esquire, Seven MacDonald Terrace, Post Office Box Eleven, Scituate, Massachusetts 02066 plaintiff's attorney, whose address is xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Boston either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Suzanne V. DelVecchio, Esquire, at Boston, the 15th day of December, in the year of our Lord two thousand and three.

*Michael Joseph Donovan*
Clerk/Magistrate

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED
   (1) TORT   (2) MOTOR VEHICLE TORT — (3) CONTRACT   (4) EQUITABLE RELIEF   (5) OTHER

FORM CIV.P. 1 3rd Rev.

. HEREBY ATTEST AND CERTIFY ON
JAN. 13, 2004, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
ASSISTANT CLERK.