UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FREDERICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SKILLSOFT CORPORATION, )<br>)<br>Defendant. )<br> ) | Civil Action No. 04-10066 WGY |

### ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of Civil Procedure, the Defendant, SkillSoft Corporation ("SkillSoft") respectfully requests an Order enlarging the time for SkillSoft to file an Answer or other responsive pleading through and including March 4, 2004. This two-week extensions will facilitate the parties' efforts to cooperatively resolve the matter.

On February 18, 2004, John Sullivan, Esq., counsel for the Plaintiff John Fredrick, assented to the granting of this Motion for Enlargement.

SkillSoft explicitly reserves the right to respond to Plaintiff's Complaint by filing a

-2-

Motion to Dismiss for failure to state a claim, lack of personal jurisdiction and/or improper venue.

        Respectfully submitted,

        SKILLSOFT CORPORATION,

        By its attorneys,

        _____
        Kent D.B. Sinclair (BBO No. 639597)
        SEYFARTH SHAW LLP
        World Trade Center East
        Two Seaport Lane, Suite 300
        Boston, MA 02210-2028
        (617) 946-4800

## CERTIFICATE OF SERVICE

I, Kent D.B. Sinclair, hereby certify that on February 19, 2004, I served a copy of the foregoing document by first class mail to John L. Sullivan, Esquire, Seven MacDonald Terrace, Post Office Box 11, Scituate, Massachusetts 02066.

_____
Kent D.B. Sinclair