# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FREDERICK, )<br><br>Plaintiff, )<br><br>v. )<br><br>SKILLSOFT CORPORATION, )<br><br>Defendant. ) | Civil Action No. 04-10066 WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of this Court, the Defendant, SkillSoft Corporation ("SkillSoft") hereby states that Warburg, Pincus Ventures, L.P. and Liberty Wanger Asset Management, L.P. own ten percent or more of SkillSoft's stock.

Respectfully submitted,

SKILLSOFT CORPORATION,

By its attorneys,

Kent D.B. Sinclair (BBO No. 639597)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

Dated: February 19, 2004

## CERTIFICATE OF SERVICE

I, Kent D.B. Sinclair, hereby certify that on February 19, 2004, I served a copy of the foregoing document by first-class mail to John L. Sullivan, Esq., Seven MacDonald Terrace, P.O. Box 11, Scituate, MA. 02066.

Kent D.B. Sinclair