UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN FREDERICK,<br><br>                  Plaintiff,<br><br>v.<br><br>SKILLSOFT CORPORATION,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10066 WGY<br>)<br>)<br>)<br>)<br>) |

## SKILLSOFT CORPORATION'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) of the Federal District Court of the District of Massachusetts, the Defendant, SkillSoft Corporation, hereby certifies that the undersigned have conferred concerning:

1. The budget for the cost of conducting the full course of litigation in various alternative courses of litigation; and

2. The use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted by SkillSoft Corporation this 2nd day of April 2004.

_____
Brooke Sulahian
Manager, Human Resources
SkillSoft Corporation

_____
Kent D.B. Sinclair (BBO No. 639597)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

## CERTIFICATE OF SERVICE

I, Kent D.B. Sinclair, hereby certify that on April 2, 2004, I electronically filed the foregoing document with the United States District Court for the District of Massachusetts and served a true copy by facsimile and first class mail to John L. Sullivan, Esq., Seven MacDonald Terrace, P.O. Box 11, Scituate, MA. 02066.

_____
Kent D.B. Sinclair