Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2004 JUN 16 P 12: 16
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| JOHN FREDERICK,<br>    Plaintiff,<br><br>v.<br><br>SKILLSOFT CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 04-CV10066-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed between Plaintiff, John Frederick and Defendant, SkillSoft Corporation, by their respective attorneys, that all claims in the above-captioned action be dismissed in full, with prejudice, and that each party shall bear his or its own costs, all matters in controversy having been fully settled and compromised between and among Plaintiff and Defendant.

Respectfully submitted,

JOHN FREDERICK,

By his attorney,

_____
John L. Sullivan, Esq. (BBO# 543030)
Seven MacDonald Terrace
Post Office Box Eleven
Scituate, MA 02066
(781) 545-1144

Dated: June 11, 2004

Respectfully submitted,

SKILLSOFT CORPORATION,

By its attorneys,

_____
Kent D.B. Sinclair (BBO# 639597)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02110
(617) 946-4800

Dated: June __, 2004

BO1 15647048.1