**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FREDERICK                         ,
              Plaintiff(s)

                                                              CIVIL ACTION
                                                              NO. 04-10066-WGY

              v.


SKILLSOFT CORPORATION          ,
              Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____YOUNG_____

[ X ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[  ]     On _____ I held the following ADR proceeding:

         _____      SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

         _____      MEDIATION               _____ SUMMARY BENCH / JURY TRIAL

         _____      MINI-TRIAL              _____ SETTLEMENT CONFERENCE


[  ]     All parties were represented by counsel  [except _____]

[  ]     The parties  were / were not  present in person or by authorized corporate officer [except

         _____].

         The case was:

[  ]     Settled.  Your clerk should enter a _____ day order of dismissal.

[  ]     There was progress.  A further conference has been scheduled for _____ unless the

         case is reported settled prior to that date.

[  ]     Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This

         case should be restored to your trial list.

[  ]     Suggested strategy to facilitate settlement:

         _____

         _____


     6/18/04_____            s/   Amy Bressler Nee_____
              DATE

                                   Deputy Clerk to Hon. A. David Mazzone____

(Frederickrept.wpd  - 4/12/2000)                                          [adrrpt.]